# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| TINA ROCHELLE THOMAS, | ) |
| Plaintiff, | ) |
| v. | ) No. 11-0143-CV-W-FJG-SSA |
| MICHAEL J. ASTRUE,<br>Commissioner, Social Security<br>Administration | ) |
| Defendant. | ) |

# ORDER

Currently pending before this Court is defendant's Motion to Remand (Doc. # 10).

Agency counsel states that after review of the above referenced case, agency counsel requested the Appeals Council to reconsider the Commissioner's decision. Upon review, the Appeals Council determined that remand was appropriate. Agency counsel states that upon remand the Appeals Council will remand this case to the ALJ who will be directed to make appropriate findings regarding all of plaintiff's medically determinable impairments and her residual functional capacity, specifically explaining each finding with references to the evidence in the record. Additionally, the ALJ will obtain supplemental evidence from a vocational expert regarding the effects of plaintiff's limitations on the job base. The ALJ will also formulate appropriate hypothetical questions and ask the vocational expert to provide examples of jobs existing in significant numbers in the economy which plaintiff could perform. The vocational expert should also identify and resolve any conflicts between the vocational evidence and the Dictionary of Occupational Titles.

Therefore, this Court hereby **ORDERS** that the Administrative Law Judge's decision is **REVERSED** and this case is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

Date: February 9, 2012  **S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri  Fernando J. Gaitan, Jr.
  Chief United States District Judge